DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**2638 SINGER ISLAND, LLC,**
Appellant,

v.

**PALM AVENUE HIALEAH, LLC,**
Appellee.

No. 4D16-3582

[October 19, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Meenu T. Sasser, Judge; L.T. Case No. 50-2008-CA-031655-XXXX-MB.

Robert B. Cook of Cook Law Firm, Palm Beach Gardens, for appellant.

John L. Penson of John L. Penson, P.A., Bay Harbor Islands, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and FORST, JJ., concur.

\*     \*     \*

*Not final until disposition of timely filed motion for rehearing.*